**E-FILED on**   5/5/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL GRAND TOURS, INC.;<br>NORMAN RONNIE HANSEN a/k/a<br>NORMAN RONNIE HANSEN, JR. a/k/a RON<br>HANSEN; and DOES 1 to 10,<br><br>　　　　　Defendants,<br><br>EDWARDSVILLE [Ill] COMMUNITY<br>SCHOOL DISTRICT NO. 7, on Its Own<br>Behalf and as Assignee for Katie Bachman, et<br>al.,<br><br>　　　　　Intervenors. | No. C-07-01188 RMW<br><br>ORDER CONTINUING BRIEFING<br>SCHEDULE AND HEARING RE: HCC'S<br>MOTION FOR SUMMARY JUDGMENT<br><br>**[Re Docket No. 54]** |

　　　　On March 27, 2008, plaintiff Houston Casualty Company ("HCC") moved for summary judgment on its claims against defendants International Grand Tours, Inc. and its principal, Norman Ronnie Hansen. Defendants have made no appearance in this case and have filed no opposition. The day before the hearing, the Edwardsville Community School District No. 7 and thirty-three individuals from the Edwardsville High School Spanish Club who were previously granted leave to intervene ("Intervenors") filed a motion asking for an extension of time to file an opposition to

1  HCC's motion for summary judgment.  Intervenors represent that their current counsel is in the
2  process of substituting out and that a new firm will be substituting in.  Intervenors seek additional
3  time to oppose HCC's motion and to prepare for trial.
4      HCC does not oppose a 30-day extension and agreed at the hearing that Intervenors shall be
5  permitted to file their opposition on or before June 13, 2008.  HCC shall file its reply on or before
6  June 20, 2008.  The hearing on HCC's motion for summary judgment shall be July 18, 2008.  The
7  court trial date of July 7, 2008 is hereby vacated.  The court will reset the trial date after it rules on
8  HCC's motion for summary judgment.

DATED:     5/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Louis Harrison Castoria     louis.castoria@wilsonelser.com
Sara J. Savage              sara.savage@wilsonelser.com

**Counsel for Defendants:**

No appearance

**Counsel for Intervenors:**

William Francis Abbott      billabbott@earthlink.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     5/5/08                              /s/ MAG
                                           **Chambers of Judge Whyte**

ORDER CONTINUING BRIEFING SCHEDULE AND HEARING RE: HCC'S MOTION FOR SUMMARY JUDGMENT—No. C-07-01188 RMW
MAG                                                3