**E-FILED on** 09/26/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL GRAND TOURS, INC.; NORMAN RONNIE HANSEN a/k/a NORMAN RONNIE HANSEN, JR. a/k/a RON HANSEN; and DOES 1 to 10,<br><br>Defendants,<br><br>EDWARDSVILLE [Ill] COMMUNITY SCHOOL DISTRICT NO. 7, on Its Own Behalf and as Assignee for Katie Bachman, et al.,<br><br>Intervenors. | No. C-07-01188 RMW<br><br>ORDER REQUESTING CLARIFICATION |

The matter came on for hearing on September 26, 2008, at 9am. Counsel for School District and Hansen/IGT appeared, but counsel for Houston Casualty did not. The court granted the School District's motion to file an amended complaint in intervention. The court tentatively granted Hansen and IGT's motion to set aside the default, but requested clarification of an ambiguity in Hansen's declaration as to when he first became aware of the lawsuit against him. The clarifying declaration shall be filed by Friday, October 3, 2008.

ORDER REQUESTING CLARIFICATION—No. C-07-01188 RMW
JAS

1  A detailed order explaining the court's rationale on the motions will be filed after review of
2  the clarifying declaration.

5  DATED:      09/26/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Louis Harrison Castoria    louis.castoria@wilsonelser.com
Sara J. Savage    sara.savage@wilsonelser.com

**Counsel for Defendants:**

Alan Louis Martini    amartini@smtlaw.com

**Counsel for Intervenors:**

William Francis Abbott    billabbott@earthlink.net
Eric F. Hartman    jhart75442@aol.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    09/26/08                                                JAS
                                                                                  **Chambers of Judge Whyte**