SARA J. SAVAGE (SBN: 199344)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Plaintiff
HOUSTON CASUALTY COMPANY

ERIC F. HARTMAN (SBN 83571)
3001 S 1st Street, Suite 210
San Jose, CA  95113
Telephone:  (408) 297-7254
Facsimile:  (408) 297-0608

Attorney for Intervenors
EDWARDSVILLE [III] COMMUNITY
SCHOOL DISTRICT NO. 7, et al.

*E-FILED - 8/28/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br>            Plaintiff,<br>vs.<br>INTERNATIONAL GRAND TOURS, INC., a California corporation and NORMAN RONNIE HANSEN a/k/a NORMAN RONNIE HANSEN, JR., a/k/a RON HANSEN, an individual, and DOES 1 through 10 inclusive,<br>            Defendants.<br><br>EDWARDSVILLE [III] COMMUNITY SCHOOL DISTRICT NO. 7, on Its Own Behalf and as Assignee for Katie Bachman, et al.,<br>            Intervenors. | Case No. C-07-01188-RMW-HRL<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF/ INTERVENORS EDWARDSVILLE [III] COMMUNITY SCHOOL DISTRICT NO. 7's ACTION AGAINST HOUSTON CASUALTY COMPANY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a) (1)**<br><br>**AND ORDER** |

1

REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF/INTERVENORS ACTION AGAINST
HOUSTON CASUALTY COMPANY

463885.1

1  TO:   HOUSTON CASUALTY COMPANY

2  Plaintiff/Intervenors **EDWARDSVILLE [III] COMMUNITY SCHOOL DISTRICT**

3  **NO. 7, on Its Own Behalf and as Assignee for Katie Bachman, et al.**, respectfully request a

4  dismissal with prejudice, against Defendant HOUSTON CASUALTY COMPANY, from this

5  action in Intervention, pursuant to Federal Rule Civil Procedure 41(a) (1).

6  This relief is proper as Intervenors and Houston Casualty Company have reached a

7  settlement. Said dismissal is with prejudice.

8  **IT IS SO ORDERED**

10  Dated: August 6, 2009        By: _____
        ERIC F. HARTMAN
11                              Attorneys for Intervenors
                                EDWARDSVILLE [III] COMMUNITY SCHOOL
12                              DISTRICT NO. 7, et al.

13  IT IS SO ORDERED:

15  Dated: August 28 2009

16                              Hon. ============= Ronald M. Whyte
                                United States District Court Judge

18

19  Prepared By:

20  SARA J. SAVAGE (SBN 199344)
    WILSON, ELSER, MOSKOWITZ, EDELMAN
21      & DICKER LLP
    525 Market Street, 17th Floor
22  San Francisco, CA  94105
    Telephone: (415) 433-0990
    Facsimile: (415) 434-1370

23  Attorneys for Plaintiff
24  HOUSTON CASUALTY COMPANY

## PROOF OF SERVICE
*Houston Casualty Company v. International Grand Tours, Inc., et al.*
United States District Court, Northern District of California
Case no. C-07-01188-RMW-HRL

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

**REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF/INTERVENORS EDWARDSVILLE [III] COMMUNITY SCHOOL DISTRICT NO. 7'S ACTION AGAINST HOUSTON CASUALTY COMPANY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(1)**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**X** : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

____ : **Via-Electronic Mail** -- I processed the attached document to be electronically transmitted to the parties named below.

| Alan Louis Martini<br>Sheuerman Martini & Tabari<br>1033 Willow St<br>San Jose, CA, 95125<br>Te: (925) 980-3359<br>amartini@smtlaw.com<br><br>**Counsel for Defendants** | Eric F. Hartman<br>300 S 1st St #210<br>San Jose, CA, 95113<br>Tel:(408) 297-7254<br>Fax:(408) 297-0608<br>jhart75442@aol.com<br><br>**Counsel for Intervenors** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on August 7, 2009, at San Francisco, California.

*Al Garcia* (signature)
Al Garcia

PROOF OF SERVICE
Case No. C-07-01188-RMW

466096.1