1  SARA J. SAVAGE (SBN 199344)
   **WILSON, ELSER, MOSKOWITZ,**
2  **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, CA  94105                    *E-FILED - 7/21/10*
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Plaintiff
   HOUSTON CASUALTY COMPANY
6

7

8                       UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 | HOUSTON CASUALTY COMPANY, a Texas ) | Case No. C-07-01188-RMW-HRL
   | corporation,                            ) |
12 |                Plaintiff,               ) | **REQUEST FOR DISMISSAL WITH**
   |                                         ) | **PREJUDICE OF DEFENDANTS**
13 |        vs.                              ) | **INTERNATIONAL GRAND TOURS, INC.**
   |                                         ) | **AND RONNIE HANSEN aka NORMAN**
14 | INTERNATIONAL GRAND TOURS, INC., a      ) | **RONNIE HANSEN, JR., aka RON HANSEN**
   | California corporation and NORMAN RONNIE) | **BY HOUSTON CASUALTY COMPANY**
15 | HANSEN a/k/a NORMAN RONNIE              ) | **PURSUANT TO FEDERAL RULE CIVIL**
   | HANSEN, JR., a/k/a RON HANSEN, an       ) | **PROCEDURE 41(a) (1)**
16 | individual, and DOES 1 through 10 inclusive, ) | **AND ORDER**

17               Defendants.

18

19
   EDWARDSVILLE [III] COMMUNITY
20 SCHOOL DISTRICT NO. 7, on Its Own Behalf
   and as Assignee for Katie Bachman, et al.,
21
                 Intervenors.
22

23

24

25

26

27

28

                                              1
   REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS INTERNATIONAL GRAND TOURS, INC.
              AND NORMAN RONNIE HANSEN– Case No. C-07-01188-RMW-HRL

1  TO:  INTERNATIONAL GRAND TOURS, INC. AND NORMAN RONNIE HANSEN a/k/a
2  NORMAN RONNIE HANSEN, JR., a/k/a RON HANSEN
3      Plaintiff **HOUSTON CASUALTY COMPANY** hereby requests a Dismissal, with
4  Prejudice, against all Defendants named in this action pursuant to Federal Rule Civil Procedure
5  41(a) (1).
6      This relief is proper as Defendant and Houston Casualty Company have reached a
7  settlement. The Intervenors have already been dismissed with prejudice. Said dismissal is with
8  prejudice and completely resolves the entire action.
9      **IT IS SO ORDERED.**

11  Dated: July ____, 2010    By: _____
                                    Alan Louis Martini
12                                  SHEUERMAN MARTINI & TABARI
                                    Attorneys for Defendant
13                                  NORMAN RONNIE HANSEN

16  Dated: July ____, 2010    By: _____
                                    Hon. Harold Whyte
17                                  United States District Court Judge

18  Prepared By:

19  SARA J. SAVAGE (SBN: 199344)
    WILSON, ELSER, MOSKOWITZ,
20     EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
21  San Francisco, California 94105
    Telephone:           (415) 433-0990
22  Facsimile:           (415) 434-1370

23  Attorneys for Plaintiff
    HOUSTON CASUALTY COMPANY
24

25
    Dated: July 6, 2010      By: _____
26                                  Sara J. Savage
                                    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
27                                  Attorneys for Plaintiff
                                    HOUSTON CASUALTY COMPANY
28

TO: INTERNATIONAL GRAND TOURS, INC. AND NORMAN RONNIE HANSEN a/k/a NORMAN RONNIE HANSEN, JR., a/k/a RON HANSEN

Plaintiff HOUSTON CASUALTY COMPANY hereby requests a Dismissal, with Prejudice, against all Defendants named in this action pursuant to Federal Rule Civil Procedure 41(a) (1).

This relief is proper as Defendant and Houston Casualty Company have reached a settlement. The Intervenors have already been dismissed with prejudice. Said dismissal is with prejudice and completely resolves the entire action.

IT IS SO ORDERED.

Dated: July 15, 2010   By: /s/ Alan Louis Martini
Alan Louis Martini
SHEUERMAN MARTINI & TABARI
Attorneys for Defendant
NORMAN RONNIE HANSEN

Dated: July 21, 2010   By: /s/ Ronald M. Whyte
Hon. Harold Whyte
United States District Court Judge

Prepared By:

SARA J. SAVAGE (SBN: 199344)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:          (415) 433-0990
Facsimile:          (415) 434-1370

Attorneys for Plaintiff
HOUSTON CASUALTY COMPANY

Dated: July ___, 2010   By: __
Sara J. Savage
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
Attorneys for Plaintiff